# Exhibit A

Arlene Allen Cornwall
1518 Blue Rose Dr
Ruskin, FL 33570
Date of Birth: 11/30/1973
SS#: 5909


Experian
P.O. Box 9701
ALLEN, TX 75013



02/25/2025
R: Credit Reporting Agency Forgery of a Furnisher who's not participating
I know that credit reporting agencies supposed to report only 100% maximum accuracy items. Under 15 U.S. Code 1681e(b) and 15 U.S. Code 1681i (5) this account in violation not reporting 100% accurate it lists the bankruptcy court as the furnisher that's forgery and misleading when the courts don't report this type of account. I called the courts in my state, and they stated the don't report anything as the furnisher so you guys are committing forgery fraud and will be reported to the authorities for that.



Let me clearly break this down to you.
What is a data furnisher?
Data Furnisher- A data furnisher is an entity that reports information about consumers to consumer reporting agencies (CRAs), which may include credit bureaus, tenant screening companies, check verification services, medical information services, etc.



What is a furnisher responsible for?
A furnisher provides data relating to a consumer, including their credit history and details relating to their previous tenancies or debt. Furnishers are required to abide by regulations for reporting data defined in the Fair Credit Reporting Act (FRCA)



What is an example of a data furnisher?
Examples of furnishers include banks, thrifts, credit unions, savings and loan institutions, mortgage lenders, credit card issuers, collection agencies, retail installment lenders, and auto finance lenders-- basically anyone that reports information to the CRAs.

15 U.S. Code § 1681s-2 - Responsibilities of furnishers of information to consumer

reporting agencies- (3)Duty to provide notice of dispute If the completeness or accuracy of any information furnished by any person to any consumer reporting agency is disputed to such person by a consumer, the person may not furnish the information to any consumer reporting agency without notice that such information is disputed by the consumer.


Under 15 U.S. Code § 1681s-2 I disputed this many times and the furnisher which is the Bankruptcy court never reached out to me because clearly, they don't report it and I called to dispute it with them they say it's nothing to dispute because they don't deal with the credit reporting agencies so that's another lie you guys told so how can you say something is accurate when you can't directly communicate with the source.

15 U.S. Code § 1681i(2)(A)-(2) PROMPT notice of dispute to furnisher of information (A)In general Before the expiration of the 5-business-day period beginning on the date on which a consumer reporting agency receives notice of a dispute from any consumer or a reseller in accordance with paragraph (1), the agency shall provide notification of the dispute to any person who provided any item of information in dispute, at the address and in the manner established with the person. The notice shall include all relevant information regarding the dispute that the agency has received from the consumer or reseller.

Under 15 U.S. Code § 1681i(2)(A) The furnisher again should receive notice of dispute and the account must be notated on the credit report by furnisher that its being disputed but you guys forged the bankruptcy court name on my report and expect me to not notice this fraudulent activity.

I demand you to remove this item asap from my credit report and expect litigation paperwork because you are under fire for a criminal act of forgery.

1. This Account is in Violation Of 15 U.S Code 1681 a (4) Consumer Right to privacy this Bankruptcy shouldn't be on my credit/consumer report.

Chapter 7 Bankruptcy
Case Number: 1806459RAC
Please remove it from my credit report.


Sincerely yours,

*Arlene Allen Cornwall*

Arlene Allen Cornwall

# Exhibit B

Arlene Allen Cornwall
1518 Blue Rose Dr
Ruskin FL 33570
DOB: 11/30/1973~
SSN: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

Experian
P.O. Box 9701
Allen, TX 75013

3/29/2025

Re: Credit Reporting Agency Forgery of a Furnisher who's not participating

I know that credit reporting agencies supposed to report only 100% maximum accuracy items. Under 15 U.S. Code 1681e(b) and 15 U.S. Code 1681i (5) this account in violation not reporting 100% accurate it lists the bankruptcy court as the furnisher that's forgery and misleading when the courts don't report this type of account. I called the courts in my state, and they stated the don't report anything as the furnisher so you guys are committing forgery fraud and will be reported to the authorities for that.

Let me clearly break this down to you.

What is a data furnisher?

Data Furnisher- A data furnisher is **an entity that reports information about consumers to consumer reporting agencies (CRAs)**, which may include credit bureaus, tenant screening companies, check verification services, medical information services, etc.

What is a furnisher responsible for?

A furnisher **provides data relating to a consumer, including their credit history and details relating to their previous tenancies or debt**. Furnishers are required to abide by regulations for reporting data defined in the Fair Credit Reporting Act (FRCA)

What is an example of a data furnisher?

Examples of furnishers include **banks, thrifts, credit unions, savings and loan institutions**, mortgage lenders, credit card issuers, collection agencies, retail installment lenders, and auto finance lenders--basically anyone that reports information to the CRAs.

15 U.S. Code § 1681s–2 - Responsibilities of furnishers of information to consumer reporting agencies- **(3)Duty to provide notice of dispute** If the completeness or accuracy of any information furnished by any <u>person</u> to any <u>consumer reporting agency</u> is disputed to such <u>person</u> by a <u>consumer,</u> the <u>person</u> may not furnish the information to any <u>consumer reporting agency</u> without notice that such information is disputed by the <u>consumer.</u>

Under 15 U.S. Code § 1681s–2 I disputed this many times and the furnisher which is the Bankruptcy court never reached out to me because clearly, they don't report it and I called to dispute it with them they say its nothing to dispute because they don't deal with the credit reporting agencies so that's another lie you guys told so how can you say something is accurate when you cant directly communicate with the source.

15 U.S. Code § 1681i(2)(A)-**(2) PROMPT notice of dispute to furnisher of information (A)**In general Before the expiration of the 5-business-day period beginning on the date on which a <u>consumer reporting agency</u> receives notice of a dispute from any <u>consumer</u> or a <u>reseller</u> in accordance with paragraph (1), the agency shall provide notification of the dispute to any <u>person</u> who provided any item of information in dispute, at the address and in the manner established with the <u>person.</u> The notice shall include all relevant information regarding the dispute that the agency has received from the <u>consumer</u> or <u>reseller.</u>

Under 15 U.S. Code § 1681i(2)(A) The furnisher again should receive notice of dispute and the account must be notated on the credit report by furnisher that its being disputed but you guys forged the bankruptcy court name on my report and expect me to not notice this fraudulent activity.

I demand you to remove this item asap from my credit report and expect litigation paperwork because you are under fire for a criminal act of forgery.

1. This Account is in Violation Of 15 U.S Code 1681 a (4) Consumer Right to privacy this Bankruptcy shouldn't be on my credit/consumer report.

   Chapter 7 Bankruptcy
   Reference Number: 1806459RAC
   Please remove it from my credit report.

Sincerely,

*Arlene Cornwall*

Arlene Allen Cornwall

# Exhibit C

Arlene Allen-Cornwall
1518 Blue Rose Drive
Ruskin, Florida 33570

DOB: **11/30/1973**   SSN: **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**

Experian

**P.O. Box 4500**
**Allen TX 75013**

Date: **07/28/2025**

**Subject: Formal Demand for Immediate Removal of Bankruptcy – FCRA Violations & Legal Liability**

Dear Experian,

This letter serves as a formal demand for the immediate deletion of the Chapter 7 bankruptcy currently reported on my credit file. LexisNexis, the public records vendor you rely upon for verification of bankruptcy data, has completed a reinvestigation and removed this bankruptcy from its system. I have attached proof of this deletion.

Your continued reporting of this bankruptcy constitutes a willful violation of:

- FCRA § 611 (15 U.S.C. § 1681i): Failure to delete information that cannot be verified
- FCRA § 607(b): Failure to ensure "maximum possible accuracy"
- FCRA § 602(a): Failure to treat consumers fairly with respect to the use of their credit reports

**Bankruptcy - 1806459RAC**

You are on notice that your failure to promptly delete this information following the furnisher's removal constitutes gross negligence under the law.

Case Law Supporting My Position:

- In Cortez v. TransUnion LLC, 617 F.3d 688 (3d Cir. 2010), the court ruled that TransUnion failed to ensure maximum possible accuracy when it relied on outdated and unverified public record data. The court upheld $750,000 in actual damages and $6.3 million in punitive damages.
- In Dennis v. BEH-1, LLC, 520 F.3d 1066 (9th Cir. 2008), the Ninth Circuit afirmed that a CRA's failure to adequately reinvestigate after notice from a consumer creates liability under FCRA.
- In Richardson v. Equifax Info. Servs., LLC, No. 2:20-cv-10248 (C.D. Cal. 2021), the court ruled that failure to delete a bankruptcy record after a LexisNexis deletion was grounds for trial.

You are not above the law. You have been given notice that the information is false, unverifiable, and now proven to be unsupported by your primary vendor. You have a maximum of 4 business days, per the FCRA and FTC guidance, to delete this record from my report.

Requested Actions:

- Permanently delete the bankruptcy from my credit file
- Send me written confirmation of this deletion
- Provide an updated copy of my credit report
- Provide the name and address of any third party used to verify the information
- Notify all third parties who accessed my report in the last six months that the item has been removed

If I do not receive confirmation within the legal window, I will escalate this matter by filing complaints with the CFPB, FTC, and my State Attorney General. I am fully prepared to pursue legal action for damages under FCRA § 616 and § 617.


Sincerely,


**Arlene Allen-Cornwall**

# Exhibit D



LexisNexis® Consumer Center
Consumer Number: 13406114

July 25, 2025

CONSUMER FINANCIAL PROTECTION BUREAU
P.O. BOX 4503
IOWA CITY, IA 52244

Re:    CFPB Case # 250710-22224137
       Arlene Cornwall
       1518 Blue Rose Dr
       Ruskin, FL 33570

To Whom It May Concern:

This correspondence is in response to the complaint LexisNexis Risk Solutions Inc. ("LexisNexis") received from your office on 7/10/2025 on behalf of the consumer; Arlene Cornwall, in which the consumer disputes the alleged inaccurate reporting of bankruptcy filing number 1806459 listed on their file. Thank you for your patience while we reviewed this matter and prepared the appropriate response.

In an effort to resolve the consumer's concern, LexisNexis initiated a dispute, and that investigation was resolved on 7/25/2025. During our investigation, LexisNexis **located and removed** bankruptcy filing number 1806459 in the consumer's file with LexisNexis.

A resolution letter outlining the results of our reinvestigation and the consumer's statutory rights will be mailed directly to them for their review.

Under the FCRA, the consumer has the right to:
- Request a description of the procedure used to determine the accuracy and completeness of disputed information, including the business name and address, and telephone number if reasonably available, of any furnisher of information contacted.
- Add a statement to their file disputing the accuracy or completeness of information. The statement will remain on their file and will be furnished to recipients of the file as long as the disputed information is still used; and
- Request that LexisNexis furnish notification of the deletion of disputed information or a dispute statement to any person specifically designated by them who has received a LexisNexis consumer report for employment purposes within the past two years or received a LexisNexis consumer report for any other purpose in the past six months (twelve months for residents of Colorado, Maryland, and New York).

The consumer may contact the LexisNexis Consumer Center via email at consumer.documents@LexisNexis.com or by phone at 888-497-0011. The LexisNexis Consumer Center's hours of operation are Monday - Friday from 8:00

CD198-2024_10

AM to 7:00 PM Eastern Time. If the consumer has questions about their LexisNexis Consumer Disclosure Report, they may either call the LexisNexis Consumer Center or go to our Consumer Portal at https://consumer.risk.lexisnexis.com/.

Thank you for allowing LexisNexis the opportunity to assist the consumer.

The LexisNexis Consumer Center.

CD198-2024_10