# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

DEC 23 2025 AM 11:34
FILED - USDC - FLMD - TPA

Case Number: 8:25-CV-03385

Plaintiff:
**ARLENE ALLEN-CORNWALL, AN INDIVIDUAL,**

vs.

Defendant:
**EXPERIAN INFORMATION SOLUTIONS, INC.**

For:
ARLENE ALLEN-CORNWALL
1518 BLUE ROSE DRIVE
RUSKIN, FL 33570

Received by Jacqueline Garcia on the 15th day of December, 2025 at 4:00 pm to be served on **EXPERIAN INFORMATION SOLUTIONS, INC., C/O CT CORPORAITON SYSTEM REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Jacqueline Garcia, do hereby affirm that on the **16th day of December, 2025** at **11:30 am**, I:

served a **CORPORATION, LLC, PARTNERSHIP OR BUSINESS ORGANIZATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND OTHER RELIEF FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT; 15 U.S.C. SS 1681e(b), 168I, 1681s-2(b) WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SR CORP OPS MGR FOR R/A** for **EXPERIAN INFORMATION SOLUTIONS, INC.,**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 145, Hair: Brown, Glasses: N

Under penalty of perjury, I swear or affirm, pursuant to Fla. Stat 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Jacqueline Garcia
SPS #1449

All Your Papers Served, LLC
1580 Sawgrass Corporate Parkway
Suite 130
Sunrise, FL 33323
(954) 303-0455

Our Job Serial Number: JGG-2025001672

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

JX. #1449
12/16/25
11:30 AM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Arlene Allen-Cornwall, an individual,

)
)
)
)
)
)

*Plaintiff(s)*

v.

Civil Action No. 8:25-CV-03385

)
)
)
)
)
)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Experian Information Solutions, Inc.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12/15/25  ~~December 12, 2025~~

_____
*Signature of Clerk or Deputy Clerk*

1672